# United States Court of Appeals ch

For the Seventh Circuit
Chicago, Illinois 60604

September 4, 2003

*Before*

**Hon.**  DANIEL A. MANION, *Circuit Judge*

**Hon.**  ILANA DIAMOND ROVNER, *Circuit Judge*

**Hon.**  DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| CLYDE PIGGIE,<br>        Petitioner-Appellant,<br><br>No. 02-3068                    v.<br><br>ZETTIE COTTON,<br>        Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District<br>] of Indiana, South Bend<br>] Division.<br>]<br>] No. 99 C 561<br>]<br>] Allen Sharp,<br>]      Judge.<br>] |
| CLYDE PIGGIE,<br>        Petitioner-Appellant,<br><br>No. 02-2083                    v.<br><br>ZETTIE COTTON,<br>        Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 00 C 887<br>]<br>] John D. Tinder,<br>]      Judge. |

The opinion of this court issued on September 4, 2003, is **CORRECTED** as follows:

On page one, the caption for appeal no. 02-2083, should read the Southern District of Indiana, Indianapolis Division.